UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.                                                   Case No: 14-20610
                                                    Honorable Victoria A. Roberts

OTIS LEE MORGAN JR.,

    Defendant(s).
_____/

## STANDING ORDER ON MOTIONS TO SEAL

If parties wish to file an item under seal they must comply with Local Rule 5.3 and federal rules and laws regarding sealing. Merely referring to a court rule, protective order or a category of sensitive information is not enough.  The party seeking to seal a document must also provide a copy of the document to the Court. Generalized arguments regarding confidentiality are also insufficient; the parties must articulate why each of the records proposed to be sealed, on a document by document basis, meets the demanding requirements for sealing. See *Shane Grp., Inc. v. Blue Cross Blue Shield of Michigan*, No. 15-1544, 2016 WL 3163073 (6th Cir. June 7, 2016) and *Sami v. Detroit Med. Ctr.*, No. 12-12660, 2012 WL 3945532, at *1 (E.D. Mich. Sept. 10, 2012). Motions or requests filed that do not comply with these procedural requirements will be stricken from the record.

    Finally, proposed orders to seal that are submitted must address the specific findings and conclusions "which justify nondisclosure to the public." *Brown v Williamson Tobacco Corp. v. F.T.C.,* 710 F.2d 1165, 1176 (6th Cir. 1983).

**IT IS ORDERED**.

                                                   s/Victoria A. Roberts
                                                   Victoria A. Roberts
                                                   United States District Judge

Dated: November 14, 2016

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on November 14, 2016.<br><br>s/Carol A. Pinegar<br>Deputy Clerk |